UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LEO MCCLAM,**

    Plaintiff,

v.                                       Case No. 6:10-cv-795-Orl-35KRS

**ROBERT A. CANDELA, WILLIAM KENNEY BOONE, LT. ROBINSON and JAMES W. BOND,**

    Defendant.

_____

## ORDER OF DISMISSAL

On June 2, 2010, the Court ordered Plaintiff to file an amended complaint within twenty-one days from the date of the Order (Doc. No. 3). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this 2nd day of July 2010.

Copies to:
sa 6/30
Leo McClam

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE